## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER RADOMSKI, | ) | CASE NO. 3:23-CV-00716-JAM |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| BANK OF AMERICA, | ) | |
| | ) | |
| DEFENDANT. | ) | NOVEMBER 28, 2023 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41, the undersigned parties hereby stipulate that the above-entitled action be dismissed, without costs to any party, as the matter has resolved via settlement, which dismissal shall be with prejudice.

Respectfully submitted,

PLAINTIFF:
PETER RADOMSKI

By: */s/ Peter Radomski*_____
    Peter Radomski
    209 E Village Rd
    Monroe, CT  06468
    peter10_24@yahoo.com

    *Self Represented*

DEFENDANT:
BANK OF AMERICA, N.A.


By: /s/ *Pierre-Yves Kolakowski*
    Pierre-Yves Kolakowski (CT 13318)
    Zeichner Ellman & Krause LLP
    One Landmark Square – 4th Floor
    Stamford, Connecticut 06901
    Tel: (203) 622-0900
    Fax: (203) 323-9309

**CERTIFICATION**

This is to certify that on this 28th day of November, 2023, a copy of the foregoing was filed electronically and served by mail and electronic mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail and electronic mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Peter Radomski
209 E Village Rd
Monroe, CT  06468
Email: peter10_24@yahoo.com
PRO SE PLAINTIFF

/s/ *Pierre-Yves Kolakowski*
Pierre-Yves Kolakowski